James BEASLEY, Appellant
(Defendant below),

v.

STATE of Indiana, Appellee
(Plaintiff below).

No. 49S04–1601–CR–19.

Supreme Court of Indiana.

Jan. 14, 2016.

Ruth Ann Johnson, Michael R. Fisher, Indianapolis, IN, Attorneys for Appellant.

Gregory F. Zoeller, Attorney General of Indiana, Andrew A. Kobe, Michael Gene Worden, Deputy Attorneys General, Indianapolis, IN, Attorneys for Appellee.

James Beasley appeals his convictions for the murder of James Allen and the attempted murder of Gerald Beamon. For the reasons set forth in our companion decision of *Leandrew Beasley v. State*, also issued today, we grant transfer and affirm the trial court's admission of Beamon's hearsay testimony regarding statements Allen made to him on the day he died. We find the trial court could have reasonably determined that Allen's statements were against his interests, and were thus admissible pursuant to Indiana Evidence Rule 804(b)(3). In all other respects, we summarily affirm the holding of our Court of Appeals below, pursuant to Indiana Appellate Rule 58(A)(2).

RUSH, C.J., and DICKSON, RUCKER, and DAVID, JJ., concur.